The People of the State of New York, Respondent, *v.* Joseph Richards, Appellant.

Submitted January 4, 1943; decided January 14, 1943.

*Charles P. Sullivan*, District Attorney (*James F. T. Delaney* of counsel), for motion to dismiss appeal.

*Joseph Richards*, in person, for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion for leave to appeal denied. Motion to dismiss appeal taken as of right granted and appeal dismissed.